IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY GARDNER** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 20-4865 |
| | : | |
| **CITY OF PHILADELPHIA**, *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 30th day of August, 2021, upon consideration of Plaintiff Anthony Gardner's "Amended Complaint" (ECF No. 10), which this Court construed as a Motion for Relief from Judgment Under Federal Rule of Civil Procedure 60(b), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum, the motion is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*